**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6121**

_____

ANTHONY LEON HOOVER,

Plaintiff - Appellant,

versus

THOMAS J. KEITH; UNITED STATES OF AMERICA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carlina, at Durham. James A. Beaty, Jr., District Judge. (CA-04-864)

_____

Submitted: May 12, 2005          Decided: May 18, 2005

_____

Before TRAXLER, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Leon Hoover, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Leon Hoover seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing his complaint under 42 U.S.C. § 1983 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>See</u> <u>Hoover v. Keith</u>, No. CA-04-864 (M.D.N.C. Jan. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>